## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

IN RE:  ALAN BRANDON          CASE NO. 4:19-bk-13453
       DEBTOR                  CHAPTER 13

## MOTION TO SELL PROPERTY OF THE ESTATE

Comes Now the Debtor, by and through his attorneys, Pray Law Firm and for the Motion states:

1.      The debtor filed for relief under the provisions of Chapter 13 of the United States Bankruptcy Code on July 2, 2019.

2.      The debtor owns certain real property located in Benton County, Arkansas described as follows:

Lot 3, Block 8, Cargill Subdivision, Bella Vista Village . Parcel # 16-07084-000

The property is not subject to any lien.

The debtor has received an offer to purchase the property for $5,375.00.

3.      Any proceeds payable to the seller, after deducting costs of the sale shall be paid to the Chapter 13 Trustee.  The debtor may apply for a refund from these proceeds

WHEREFORE, the debtor asks that the Court enter an Order approving the sale and for all other proper relief for which he may be entitled.

Respectfully submitted,
PRAY LAW FIRM, P.A.
P. O. Box 94224
N. Little Rock, AR  72190
(501) 771-7733

\s\Kent Pray

_____

IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE:  ALAN BRANDON          CASE NO. 4:19-bk-13453
        DEBTOR                CHAPTER 13

NOTICE OF OPPORTUNITY TO OBJECT
TO SALE OF ESTATE PROPERTY

You are hereby notified that the debtor has filed the attached Motion to Sell Estate Property. Objections to the Sale must be filed in writing within twenty-one days (21) from the date of this notice, with the Bankruptcy Court, 300 W. 2nd Little Rock, AR 72201, with copies to the attorney for debtor and the Chapter 13 Trustee

Concurrently with the Motion, the debtor is filing a Motion to Shorten Time.  If granted the time period to Object may be reduced to 10 days.

If objections to the Motion are filed, they will be set for a hearing by subsequent notice. If no objections are received, the Motion to Sell Estate Property may be approved without further notice or hearing.

PRAY LAW FIRM, P.A.
P. O. Box 94224
N. Little Rock, AR  72190
(501) 771-7733

\s\ Kent Pray
_____
Kent Pray, Bar No. 91228

CERTIFICATE OF MAILING

I, the undersigned, hereby certify that copies of the foregoing notice and attached Motion have been mailed or provided through ECF to the following:

**Mark T. McCarty**
**Chapter 13 Standing Trustee**
**P.O. Box 5006**
**N. Little Rock, AR 72119-5006 (ECF)**

And to all creditors whose names and addresses set forth below:

      See attached list.

Dated:  March 15, 2022

                            PRAY LAW FIRM, P.A.
                            P. O. Box 94224
                            N. Little Rock, AR  72190
                            (501) 771-7733

                            \s\ Kent Pray

                            _____
                            Kent Pray 91228

**Affirm**
650 California Street Fl 12
San Francisco, CA 94108

**American Express**
PO Box 650448
Dallas, TX 75265

**American Express**
P.O. Box 650448
Dallas, TX 75265

**American Express National Bank**
c/o Becket and Lee LLP
PO Box 3001
Malvern, PA 19355-0701

**Capital One**
PO Box 60599
City of Industry, CA 91716-0599

**Capital One Bank (USA), N.A.**
4515 N Santa Fe Ave
Oklahoma City, OK 73118

**Captial One**
P.O.Box 30281
Salt Lake City, UT 84130

**Citi Card**
P.O.Box 6500
Sioux Falls, SD 57117

**Credit One**
P. O. Box 60500
City Of Industry, CA 91716

**First National Credit CA**
500 E. 60th St. N.
Sioux Falls, SD 57104-0478

**Gateway Mortgage**
P O Box 21044
Tulsa, OK 74121

**Gateway Mortgage Group**
P.O. Box 1560
Jenks, OK 74037

**Gateway Mortgage Group, a division of Gateway Firs**
P.O. Box 1560
Jenks, OK 74037

**Lincoln Automotive Financial**
P O Box 105704
Atlanta, GA 30348

**Lincoln Automotive Financial Services**
PO Box 62180
Colorado Springs, CO 80962

**Lvnv Funding**
PO Box 10584
Greenville, SC 29603

**LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Midland Funding**
PO Box 4457
Houston, TX 77210

**MIDLAND FUNDING, LLC**
MIDLAND CREDIT MANAGEMENT, INC. as agent
for MIDLAND FUNDING, LLC
PO Box 2011
Warren, MI 48090

**PRA Receivables Management, LLC**
PO Box 41021
Norfolk, VA 23541

**Shell**
P.O. Box 183018
Columbus, OH 43218-3018

**Sync Bank/Midland Funding**
c/o mcm
2365 Northside Dr/Ste 300
San Diego, CA 92108

**THD/CBNA**
PO Box 6497
Sioux Falls, SD 57117

**U.S. Bank National Association**
Rushmore Loan Management Services
P.O. Box 55004
Irvine, CA 92619-2708