IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

IN RE: ALAN BRANDON  CASE NO. 4:19-bk-13453
       DEBTOR  CHAPTER 13

ORDER APPROVING SALE OF PROPERTY OF THE ESTATE

Now comes before the Court is the Debtor's Motion to Sell Property of the Estate. The Court finds as follows:

1. The debtor filed for relief under the provisions of Chapter 13 of the United States Bankruptcy Code on July 2, 2019.

2. The debtor owns certain real property located in Benton County, Arkansas described as follows:

    Lot 3, Block 8, Cargill Subdivision, Bella Vista Village, Parcel # 16-07084-000

    The property is not subject to any lien.

    The debtor has received an offer to purchase the property for $5,375.00.

3. The Debtor's Motion to Sell is granted.

4. Any proceeds payable to the seller, after deducting costs of the sale shall be paid to the Chapter 13 Trustee.

5. The debtor will provide copies of the closing documents to the Chapter 13 Trustee with 30 days of the closing.

IT IS SO ORDERED.

*/s/ Phyllis M. Jones*
Phyllis M. Jones
United States Bankruptcy Judge
Dated: 03/29/2022

Approved:

_____
Mark McCarty Chapter 13 Trustee
P.O. Box 5006
N. Little Rock, AR 72119-5006



/s/ Kent Pray

_____
**Kent Pray**
PRAY LAW FIRM, PA
P.O. Box 94224
N. Little Rock, AR 72190